# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 7/3/2023 |
| Case: 23−10355−JCM | Form ID: pdf900 | Total: 59 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Rebeka Seelinger | rebeka@seelingerlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | John P. McDonough | 923 Long Point Drive | Erie, PA 16505 | |
| jdb | Carolyn C. McDonough | 923 Long Point Drive | Erie, PA 16505 | |
| 15615350 | Allegheny Health Newtork | Attn. Bankruptcy | PO Box 645266 | Pittsburgh, PA 15264−5266 |
| 15615379 | Allegheny Health Newtork | Attn. Bankruptcy | PO Box 645266 | Pittsburgh, PA 15264−5266 |
| 15615351 | Amex | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 |
| 15615380 | Amex | Correspondence/Bankruptcy | Po Box 981540 | El Paso, TX 79998 |
| 15615352 | Asset Recover Group | PO Box 14949 | Portland, OR 97293 | |
| 15615381 | Asset Recover Group | PO Box 14949 | Portland, OR 97293 | |
| 15615353 | Bank of America | Attn: Bankruptcy | 4909 Savarese Circle | Tampa, FL 33634 |
| 15615382 | Bank of America | Attn: Bankruptcy | 4909 Savarese Circle | Tampa, FL 33634 |
| 15615354 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 |
| 15615383 | Barclays Bank Delaware | Attn: Bankruptcy | Po Box 8801 | Wilmington, DE 19899 |
| 15615355 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 15615384 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City, UT 84130 |
| 15615356 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 |
| 15615385 | Chase Card Services | Attn: Bankruptcy | P.O. 15298 | Wilmington, DE 19850 |
| 15615357 | Citi Card/Best Buy | Attn: Citicorp Cr Srvs Centralized Bankr | Po Box 790040 | St Louis, MO 36179 |
| 15615386 | Citi Card/Best Buy | Attn: Citicorp Cr Srvs Centralized Bankr | Po Box 790040 | St Louis, MO 36179 |
| 15615358 | Cleveland Clinic | Attention: Bankruptcy | 9500 Euclid Ave, RK2−4 | Cleveland, OH 44195 |
| 15615387 | Cleveland Clinic | Attention: Bankruptcy | 9500 Euclid Ave, RK2−4 | Cleveland, OH 44195 |
| 15615359 | ComenityCapital/Boscov | Attn: Bankruptcy Dept | Po Box 182125 | Columbus, OH 43218 |
| 15615388 | ComenityCapital/Boscov | Attn: Bankruptcy Dept | Po Box 182125 | Columbus, OH 43218 |
| 15615360 | Costco Citi Card | Attn: Bankruptcy | Po Box 6500 | Sioux Falls, SD 57117 |
| 15615389 | Costco Citi Card | Attn: Bankruptcy | Po Box 6500 | Sioux Falls, SD 57117 |
| 15615361 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 |
| 15615390 | Discover Financial | Attn: Bankruptcy | Po Box 3025 | New Albany, OH 43054 |
| 15615362 | Fnb Omaha | Attn: Bankruptcy | P.O. Box 3128 | Omaha, NE 68103 |
| 15615391 | Fnb Omaha | Attn: Bankruptcy | P.O. Box 3128 | Omaha, NE 68103 |
| 15615363 | Golden 1 Credit Union | Attn: Bankruptcy | Po Box 15966 | Sacramento, CA 95852 |
| 15615392 | Golden 1 Credit Union | Attn: Bankruptcy | Po Box 15966 | Sacramento, CA 95852 |
| 15615364 | Internal Revenue Service | PO Box 21125 | Philadelphia, PA 19114 | |
| 15615393 | Internal Revenue Service | PO Box 21125 | Philadelphia, PA 19114 | |
| 15615365 | Lincoln Automotive Financial | Attn: Bankrutcy | Po Box 54200 | Omaha, NE 68154 |
| 15615394 | Lincoln Automotive Financial | Attn: Bankrutcy | Po Box 54200 | Omaha, NE 68154 |
| 15615366 | Patelco Credit Union | Attn: Bankruptcy | Oo Box 2227 | Pleasanton, CA 95344 |
| 15615395 | Patelco Credit Union | Attn: Bankruptcy | Oo Box 2227 | Pleasanton, CA 95344 |
| 15615367 | PennyMac Loan Services, LLC | Attn: Correspondence Unit | Po Box 514387 | Los Angeles, CA 90051 |
| 15615396 | PennyMac Loan Services, LLC | Attn: Correspondence Unit | Po Box 514387 | Los Angeles, CA 90051 |
| 15615368 | Sacramento Ear Nose and Throat | 1111 Eposition Blvd Bldg 700 | Sacramento, CA 95815 | |
| 15615397 | Sacramento Ear Nose and Throat | 1111 Eposition Blvd Bldg 700 | Sacramento, CA 95815 | |
| 15615369 | Sutter Care at Home | PO Box 742687 | Los Angeles, CA 90074 | |
| 15615398 | Sutter Care at Home | PO Box 742687 | Los Angeles, CA 90074 | |
| 15615370 | Synchrony Bank/Amazon | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615399 | Synchrony Bank/Amazon | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615371 | Synchrony Bank/HHGregg | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615400 | Synchrony Bank/HHGregg | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615372 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615401 | Synchrony Bank/Lowes | Attn: Bankruptcy | Po Box 965060 | Orlando, FL 32896 |
| 15615373 | Synchrony Bank/TJX | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896 |
| 15615402 | Synchrony Bank/TJX | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896 |
| 15615374 | Target Nb | C/O Financial & Retail Services | Mailstop BT PO Box 9475 | Minneapolis, MN 55440 |
| 15615403 | Target Nb | C/O Financial & Retail Services | Mailstop BT PO Box 9475 | Minneapolis, MN 55440 |
| 15615375 | Tendto Credit Union | 1129 State St | Erie, PA 16501 | |
| 15615404 | Tendto Credit Union | 1129 State St | Erie, PA 16501 | |
| 15615376 | UPMC | 2 Hot Metal Street | Pittsburgh, PA 15203 | |

15615405    UPMC    2 Hot Metal Street    Pittsburgh, PA 15203

TOTAL: 56