Golden 1 Credit Union
P.O. Box 15966
Sacramento, CA 95852
Telephone: (916) 732-2830
Fax: (916) 288-6850
Email: bankruptcyandlitigation@golden1.com
Creditor

FILED
23 AUG -2 PM 12:28
CLERK
U.S. BANKRUPTCY
COURT - ERIE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | |
|---|---|
| In re<br><br>John P. McDonough<br>Carolyn C. McDonough<br>          Debtors. | Case No. 23-10355<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** |

**TO THE HONORABLE JOHN C MELARAGNO, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND CHAPTER 13 TRUSTEE RONDA J. WINNECOUR NOTICE IS HEREBY GIVEN THAT** Golden 1 Credit Union hereby withdraws claim #4 as it appears on the Claims Register in the above-entitled case. Re-filed POC electronically, unable to amend original claim.

DATED: 7-25-2023

Respectfully Submitted,

By: _____
Rebecca Welter
Bankruptcy Litigation Specialist

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 20978496V1

1
**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**