Golden 1 Credit Union
P.O. Box 15966
Sacramento, CA 95852
Telephone: (916) 732-2830
Fax: (916) 288-6850
Email: bankruptcyandlitigation@golden1.com
Creditor

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA

### ERIE DIVISION

| | |
|---|---|
| In re<br><br>John P. McDonough<br>Carolyn C. McDonough<br>             Debtors. | Case No. 23-10355<br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**<br><br>Related to: Document No. 17 |

**TO THE HONORABLE JOHN C MELARAGNO, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND CHAPTER 13 TRUSTEE RONDA J. WINNECOUR NOTICE IS HEREBY GIVEN THAT** Golden 1 Credit Union hereby withdraws claim #4 as it appears on the Claims Register in the above-entitled case. Re-filed POC electronically, unable to amend original claim.

DATED: 7-25-2023

                                                                  Respectfully Submitted,

                              By: _____
                                                 Rebecca Welter
                                           Bankruptcy Litigation Specialist

SO ORDERED.    SIGNED
                         8/3/23 9:31 am
                         CLERK
Date: August 3, 2023  U.S. BANKRUPTCY  _____
                         COURT - WDPA  John C. Melaragno, Judge glb
                                               United States Bankruptcy Court

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

BN 20978496V1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John P. McDonough  
Carolyn C. McDonough  
    Debtors

Case No. 23-10355-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Aug 03, 2023      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John P. McDonough, Carolyn C. McDonough, 923 Long Point Drive, Erie, PA 16505-5417 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@golden1.com | Aug 03 2023 23:07:00 | Golden 1 Credit Union, P.O. Box 15966, Sacramento, CA 95852-0966 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Nicholas R. Pagliari | on behalf of Creditor Tendto Credit Union npagliari@mijb.com sburick@mijb.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Rebeka Seelinger
    on behalf of Joint Debtor Carolyn C. McDonough rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Debtor John P. McDonough rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6