IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| John P. McDonough | : | Case No. 23-10355-JCM |
| Carolyn C. McDonough | : | Chapter 13 |
|     Debtor(s) | : | |
| | : | |
| Pennymac Loan Services, LLC, its successors and/or assigns | : | Related to Document #25 |
|     Movant(s) | : | |
| | : | |
|     vs. | : | Hearing: 10/17/23 at 1:30 p.m. |
| John P. McDonough, Carolyn C. McDonough and Ronda J. Winnecour, Trustee | : | |
|     Respondents | : | |

<u>TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001</u>

      Ronda J. Winnecour, Chapter 13 Standing Trustee, respectfully represents the following:

      1.    PennyMac Loan Services, LLC, its successors and/or assigns, requests relief from stay with regard to property located at 923 Long Point Drive, Erie, PA 16505.

      2.    Debtors' Schedules reflect that the fair market value of the property is $346,500 and Debtors have claimed an exemption in that property in the amount of $41,756.

      3.    Movant is the sole lienholder against the property with a claim in the amount of $304,744.

      4.    An order confirming a plan was entered on August 10, 2023 (Docket No. 22).

      5.    Trustee disbursed a payment to Movant in the amount of $3858.81 on September 26, 2023.

WHEREFORE, the Trustee so reports to the Court.

                              RONDA J. WINNECOUR,
                              CHAPTER 13 TRUSTEE

Date: September 25, 2023        By: /s/ James C. Warmbrodt
                              James C. Warmbrodt, PA I.D. 42524
                              Attorney for Chapter 13 Trustee
                              US Steel Tower, Suite 3250
                              600 Grant Street
                              Pittsburgh, PA  15219
                              (412) 471-5566
                              jwarmbrodt@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
John P. McDonough                          :    Case No. 23-10355-JCM
Carolyn C. McDonough                       :    Chapter 13
         Debtor(s)                         :
                                           :
Pennymac Loan Services, LLC, its           :    Related to Document #25
successors and/or assigns                  :
         Movant(s)                         :
                                           :
         vs.                               :    Hearing: 10/17/23 at 1:30 p.m.
John P. McDonough, Carolyn C.              :
McDonough and Ronda J. Winnecour,          :
Trustee                                    :
         Respondents                       :

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of September 2023, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Marta E. Villacorta, Esquire
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

John and Carolyn McDonough
923 Long Point Drive
Erie, PA  16505

Rebeka Seelinger, Esquire
4640 Wolf Road
Erie, PA  16505

Brian Nicholas, Esquire
701 Market Street, Suite 5000
Philadelphia, PA  19106

/s/Rosa Richard
Office of Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com