UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  John P. McDonough             : Case No. 23-10355 JCM
        Carolyn C. McDonough,         : Chapter 13
            Debtors                       :

Pennymac Loan Services, LLC, its successors   :
and/or assigns,                               :
        Movant                        :
      vs.                             : Related to Document No. 25
Carolyn C. McDonough                          :
John P. McDonough,                            : Document No.
        Respondents                   :
        and                           :
Ronda J. Winnecour, Trustee,                  :
        Additional Respondent         :

## CERTIFICATE OF SERVICE

    I, Rebeka Seelinger, Esquire, certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the Debtors' Response To Motion For Relief From The Automatic Stay, on the parties listed below on October 8, 2023, by regular First Class United States Mail or other method as described below.

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Ronda J. Winnecour, Esquire
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia PA 19106
(Via CM/ECF)

Via US Mail:
Pennymac Loan Services, LLC
PO Box 2410
Moorpark CA 93020

October 8, 2023                  /s/ Rebeka Seelinger_____
Rebeka Seeelinger, Esquire PA ID 93897
SEELINGER LAW CORPORATION
4640 Wolf Rd
Erie PA 16505
(814) 824 6670, rebeka@seelingerlaw.com