**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 23-10355 JCM** |
| | : | **Chapter 13** |
| **John P. McDonough** | : | |
| **Carolyn C. McDonough** | : | |
| *Debtors* | : | |
| | : | **Related to Claim No. 10** |
| | : | |
| **PennyMac Loan Services LLC** | : | |
| **Movant** | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **John P. McDonough** | : | |
| **Carolyn C. McDonough, and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by

**PennyMac Loan Services LLC at *Claim No.10*** in the above-captioned bankruptcy case, I

certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt,

namely $2243.35  effective 07/01/2024.

Dated:  May 28, 2024

By  /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com