# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 23-10355 JCM |
| | : | Chapter 13 |
| John P. McDonough | : | |
| Carolyn C. McDonough | : | |
| *Debtors* | : | |
| | : | Related to Claim No. 10 |
| | : | |
| PennyMac Loan Services LLC | : | |
| Movant | : | |
| | : | |
| | : | |
| V. | : | |
| | : | Document No. |
| John P. McDonough | : | |
| Carolyn C. McDonough, and | : | |
| Ronda J. Winnecour, Esq. Trustee | : | |
| *Respondents* | : | |

## **DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **PennyMac Loan Services LLC at *Claim No.10*** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $2277.71, effective 10/01/2025

Dated: August 26, 2025

By    /s/ Rebeka A. Seelinger
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com