UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10355(JCM) |
| | : | |
| JOHN P. McDONOUGH and | : | |
| CAROLYN C. McDONOUGH, | : | |
| Debtors. | : | |
| _____ | : | CHAPTER 13 |
| | : | |
| TENDTO CREDIT UNION, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | JUDGE MELARAGNO |
| _____ | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:  Tendto Credit Union
   Incorrect Address:  1915 East 36th Street, Erie, PA  16510

Corrected Address:

   Creditor Name:  Tendto Credit Union
   Correct Address:  1129 State Street, Erie, PA 16501

Respectfully submitted,

EXECUTED ON: October 10, 2025

/s/ Nicholas R. Pagliari
Nicholas R. Pagliari
PA Supreme Court ID No. 87877
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Tel: (814) 870-7754
Fax: (814) 454-4647
Email: npagliari@mijb.com

Attorneys for Tendto Credit Union

#4928-2704-2929