**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 23-10355 JCM** |
| | : | **Chapter 13** |
| **John P. McDonough** | : | |
| **Carolyn C. McDonough** | : | |
| ***Debtors*** | : | |
| | : | **Related to Claim No. 10** |
| | : | |
| **PennyMac Loan Services LLC** | : | |
| **Movant** | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | **Document No.** |
| **John P. McDonough** | : | |
| **Carolyn C. McDonough, and** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| ***Respondents*** | : | |

## DECLARATION

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **PennyMac Loan Services LLC at *Claim No.10*** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $2339.25 effective 10/01/2026.

Dated: August 21, 2026

By /s/ Rebeka A. Seelinger

Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com